UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON TUTTLE,<br><br>                    Plaintiff,<br><br>    v.<br><br>WASHINGTON & IDAHO RAILWAY, INC., an Idaho corporation, MIDWEST PACIFIC RAIL NET & LOGISTICS CO., a Missouri company,<br><br>                    Defendants. | NO: 2:19-CV-0178-TOR<br><br>ORDER RE: NOTICE OF DISMISSAL OF DEFENDANT MIDWEST PACIFIC RAIL NET & LOGISTICS CO.; GRANTING MOTION TO STRIKE |

BEFORE THE COURT is the parties' Stipulation of Dismissal of Defendant Midwest Pacific Rail Net & Logistics Co. (ECF No. 14). The Motion was submitted without a request for oral argument. The Court has reviewed the motion and the file herein, and is fully informed.

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties agree to the dismissal of Defendant Midwest Pacific Rail Net & Logistics Co without prejudice and without costs to any party. ECF Nos. 14 at 2, ¶ 5; 14-2 at 1.

ORDER RE: NOTICE OF DISMISSAL OF DEFENDANT MIDWEST PACIFIC RAIL NET & LOGISTICS CO.; GRANTING MOTION TO STRIKE ~ 1

The claim against Midwest Pacific Rail Net & Logistics Co. is hereby **dismissed without prejudice**.

"The parties also agree that the Appearance and Answer filed by Mr. Nelson may be stricken from the record . . . as Nelson is not a party to this case." ECF No. 14 at 2, ¶ 6. Given the Answer was submitted by a non-party, the Court will **strike** the Answer (ECF No. 12); there is no separate "Appearance" to strike.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), any and all claims against the Defendant Midwest Pacific Rail Net & Logistics Co. are hereby **DISMISSED** without prejudice and without an award of costs or attorney's fees to any party.

2. Non-party Karl and Stephanie Nelson's Answer (ECF No. 12) is **STRICKEN** from the record.

The District Court Executive is hereby directed to **enter** this Order, **strike** the Nelsons' Answer (ECF No. 12) from the record, **terminate** Defendant Midwest Pacific Rail Net & Logistics Co. from the case, and **furnish** copies to counsel.

**DATED** August 8, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER RE: NOTICE OF DISMISSAL OF DEFENDANT MIDWEST PACIFIC RAIL NET & LOGISTICS CO.; GRANTING MOTION TO STRIKE ~ 2